[No. 44037-7-II.   Division Two.   July 30, 2013.]

*In the Matter of the Marriage of* JOHN WALLACE LUCKWITZ, *Respondent*, and BANDANA WAIKHOM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-3-02469-4, Gregory M. Gonzales, J., entered September 7, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and Lee, J. Pro Tem.

[No. 30577-5-III.   Division Three.   July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY ALLAN EHART, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-00397-7, F. James Gavin, J., entered January 26, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30355-1-III.   Division Three.   August 1, 2013.]

LISA BUHR, *Appellant*, v. STEWART TITLE OF SPOKANE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-04455-9, Gregory D. Sypolt, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 67005-1-I.   Division One.   August 5, 2013.]

JOHN LEIPHEIMER, *Appellant*, v. RECONTRUST COMPANY, NA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-39181-5, Douglass A. North, J., entered March 15, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.